# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHN ESCOVEDO**  **PLAINTIFF**
*ADC #178572*

v.   **CASE NO. 2:23-CV-00204-BSM**

**PEARCY ARNOLD,** *et al.*   **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 14] are adopted, and defendants' motion to dismiss [Doc. No. 9] is denied.

IT IS SO ORDERED this 20th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE