## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JOHN ESCOVEDO**                                                    **PLAINTIFF**
*ADC #178572*

**v.**                       **CASE NO. 2:23-CV-00204-BSM**

**PEARCY ARNOLD,** *et al.*                                     **DEFENDANTS**

### ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 23] is adopted, and defendants' motion for summary judgment on the issue of exhaustion [Doc. No. 19] is granted.  John Escovedo's claims against defendants are dismissed without prejudice for failure to exhaust administrative remedies, and Escovedo's amended complaint [Doc. No. 5] is dismissed.  Moreover, Escovedo's motion to appoint counsel [Doc. No. 24] is denied as moot because this case is being dismissed.  Moreover, even if this case were to continue, the motion to appoint counsel should be denied because *pro se* litigants do not have a constituional or statutory right to appointment of counsel in civil cases and the facts alleged are not beyond what a *pro se* litigant can handle.  *See Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018).

IT IS SO ORDERED this 21st day of June, 2024.

UNITED STATES DISTRICT JUDGE