IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN ESCOVEDO**  **PLAINTIFF**
*ADC #178572*

v.   CASE NO. 2:23-CV-00204-BSM

**PEARCY ARNOLD,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE